UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDMOND OSCAR WALKER,

Plaintiff,

v.

JUDGE CHASTIAN, et al.,

Defendants.

No. 2:26-cv-00326-TLN-CKD

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On June 26, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) Plaintiff filed objections to the findings and recommendations. (ECF No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED as follows:

1. The findings and recommendations filed June 26, 2026 (ECF No. 14), are ADOPTED in full.

2. Plaintiff's first amended complaint is dismissed without further leave to amend for

failure to state a claim.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: July 27, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE